NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DELTA DANIELLE HARRIS,**
*Plaintiff-Appellant*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Defendant-Appellee*

---

2023-1503

---

Appeal from the United States District Court for the Southern District of Florida in No. 2:20-cv-14195-RLR, Judge Robin L. Rosenberg.

---

Before DYK, REYNA, and CHEN, *Circuit Judges.*

PER CURIAM.

### O R D E R

We dismiss Delta Danielle Harris's recently-docketed appeal. Ms. Harris seeks review of "the final judgment which was entered into the District Court on the 19th day of December 2022." ECF No. 1-2 at 1. But the only entry on the district court's docket from that date is the mandate of the United States Court of Appeals for the Eleventh Circuit regarding its decision affirming the district court's dismissal of Ms. Harris's complaint and denial of

transfer to this court.  This court does not possess juris-diction to review the decisions of other courts of appeals, *see* 28 U.S.C. § 1295, and therefore this matter must be dismissed.

Accordingly,

IT IS ORDERED THAT:

(1)  This appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

March 8, 2023                    /s/ Peter R. Marksteiner
     Date                       Peter R. Marksteiner
                                Clerk of Court